# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-50949 PJS  
**Case Name:** RADTKE, KELLI J.  

**For Period Ending:** 09/30/2018

**Trustee Name:** (420180) K. Jin Lim  
**Date Filed (f) or Converted (c):** 07/31/2017 (f)  
**§ 341(a) Meeting Date:** 09/07/2017  
**Claims Bar Date:** 03/08/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5010 HARRISON STREET, WAYNE, MI 48184-0000, WAYNE COUNTY<br>Single-family home. Entire property value: $65,000.00 | 65,000.00 | 0.00 | | 0.00 | FA |
| 2 | USED BY DEBTOR PERSONALLY; NO SINGLE ITEM >$600 SEE ATTACHED SUPPLEMENTAL LIST; DEBTOR'S RESIDENCE | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | 3 TVS, 2 SMART PHONE, DVD/BLUE RAY PLAYER, LAPTOP, DESKTOP LOCATION: 5010 HARRISON STREET, WAYNE ML 48184 | 250.00 | 0.00 | | 0.00 | FA |
| 4 | USED BY DEBTOR PERSONALLY; NO SINGLE ITEM >$600 SEE ATTACHED SUPPLEMENTAL LIST; DEBTOR'S RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 5 | JEWELRY USED BY THE DEBTOR PERSONALLY SEE ATTACHED SUPPLEMENTAL LIST; DEBTOR'S RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 2 DOGS LOCATION: 5010 HARRISON STREET, WAYNE ML 48184 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | CASH | 1.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING: PNC BANK | 8.50 | 0.00 | | 0.00 | FA |
| 9 | CHECKING & SAVINGS ACCOUNTS: WAYNE WESTLAND FED CU | 15.00 | 0.00 | | 0.00 | FA |
| 10 | FLAGSTAR BANK CD | 750.00 | 0.00 | | 0.00 | FA |
| 11 | PAPER BACKS & THINGS (SOLE PROPIETORSHIP), 100% OWNERSHIP | Unknown | 0.00 | | 0.00 | FA |
| 12 | COPYRIGHTS ON 45 BOOKS (SEE ATTACHED LIST) (THERE MAY BE A 50% INTEREST OWNED IN 25 CO-AUTHORED BOOKS) | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2017 INCOME TAX REFUNDS ESTIMATED AND PRORATED: FEDERAL & STATE | 2,250.00 | 0.00 | | 0.00 | FA |
| 14 | SHELVES, DISPLAY EQUIP., REGISTER, PRINTER & FAX & BUSINESS RECORDS & OTHER OFFICE EQUIP. LOCATION: STORAGE SENSE | Unknown | 0.00 | | 0.00 | FA |
| 15 | APPROX 21,000 BOOK INVENTORY LOCATION: STORAGE SENSE<br>p/o 01/04/18 | Unknown | 7,000.00 | | 4,000.00 | 3,500.00 |
| 16 | VOID (u) | VOID | VOID | VOID | VOID | VOID |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 17-50949 PJS | Trustee Name: | (420180) K. Jin Lim |
| --- | --- | --- | --- |
| Case Name: | RADTKE, KELLI J. | Date Filed (f) or Converted (c): | 07/31/2017 (f) |
| | | § 341(a) Meeting Date: | 09/07/2017 |
| For Period Ending: | 09/30/2018 | Claims Bar Date: | 03/08/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Assets Totals (Excluding unknown values) | $71,774.50 | $7,000.00 | | $4,000.00 | $3,500.00 |

**Major Activities Affecting Case Closing:**

09/28/18 collecting payments; debtor is on time.
07/02/18 collecting payments; on time
03/30/18 collecting payments per order.
01/12/18 settlement with debtor reached for $7500.
10/13/17 investigating debtor's financial affairs. Conducted Rule 2004 Exam. Pursuing possible settlement with debtor re: book inventory and pursuing avoidable preferences to Debtor's husband. jt

**Initial Projected Date Of Final Report (TFR):** 06/29/2018    **Current Projected Date Of Final Report (TFR):** 06/28/2019

10/18/2018
Date

/s/K. Jin Lim
K. Jin Lim

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| **Case No.:** 17-50949 PJS | **Trustee Name:** | K. Jin Lim (420180) |
| **Case Name:** RADTKE, KELLI J. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***8487 | **Account #:** | ******2700 Checking |
| **For Period Ending:** 09/30/2018 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/22/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 500.00 |
| | {15} | | Acct #1; Payment #1 $500.00 | 1129-000 | | | 500.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 490.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 480.00 |
| 03/05/18 | | Timothy G Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 980.00 |
| | {15} | | Acct #1; Payment #2 $500.00 | 1129-000 | | | 980.00 |
| 03/26/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 1,480.00 |
| | {15} | | Acct #1; Payment #3 $500.00 | 1129-000 | | | 1,480.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,470.00 |
| 04/25/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 1,970.00 |
| | {15} | | Acct #1; Payment #4 $500.00 | 1129-000 | | | 1,970.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,960.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,950.00 |
| 06/04/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 2,450.00 |
| | {15} | | Acct #1; Payment #5 $500.00 | 1129-000 | | | 2,450.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,440.00 |
| 07/02/18 | | Kelli Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 2,940.00 |
| | {15} | | Acct #1; Payment #6 $500.00 | 1129-000 | | | 2,940.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,930.00 |
| 08/06/18 | | Timothy G Radke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 3,430.00 |
| | {15} | | Acct #1; Payment #7 $500.00 | 1129-000 | | | 3,430.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,420.00 |
| 09/06/18 | | Timothy Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 3,920.00 |
| | | | **Page Subtotals:** | | **$4,000.00** | **$80.00** | |

17-50949-pjs    Doc 36    Filed 10/19/18    Entered 10/19/18 10:23:49    Page 3 of 5

*{ } Asset Reference(s)*                                                                                             *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| **Case No.:** | 17-50949 PJS | **Trustee Name:** | K. Jin Lim (420180) |
|---|---|---|---|
| **Case Name:** | RADTKE, KELLI J. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8487 | **Account #:** | ******2700 Checking |
| **For Period Ending:** | 09/30/2018 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {15} | | Acct #1; Payment #8 $500.00 | 1129-000 | | | 3,920.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,915.00 |
| | | | **COLUMN TOTALS** | | 4,000.00 | 85.00 | $3,915.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | | **Subtotal** | | **4,000.00** | **85.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$85.00** | |

*{ } Asset Reference(s)*    *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

2-3

Page: 2-3

**Case No.:** 17-50949 PJS  **Trustee Name:** K. Jin Lim (420180)
**Case Name:** RADTKE, KELLI J.  **Bank Name:** Rabobank, N.A.
**Taxpayer ID #:** **-***8487  **Account #:** ******2700 Checking
**For Period Ending:** 09/30/2018  **Blanket Bond (per case limit):** $2,000,000.00
  **Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2700 Checking | $4,000.00 | $85.00 | $3,915.00 |
| | $4,000.00 | $85.00 | $3,915.00 |

10/18/2018    /s/K. Jin Lim
Date          K. Jin Lim