# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re: RADTKE, KELLI J.

§
§
§
§

Case No. 17-50949 PJS

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

K. Jin Lim, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $71,774.50 | Assets Exempt: $16,850.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $3,305.29 | Claims Discharged Without Payment: $114,416.47 |
| Total Expenses of Administration: $4,194.71 | |

3) Total gross receipts of $7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $69,190.29 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,194.71 | $4,194.71 | $4,194.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,438.71 | $6,778.30 | $6,778.30 | $3,305.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $108,911.77 | $82,959.15 | $82,959.15 | $0.00 |
| **TOTAL DISBURSEMENTS** | $182,540.77 | $93,932.16 | $93,932.16 | $7,500.00 |

4) This case was originally filed under chapter 7 on 07/31/2017. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/02/2019

By: /s/ K. Jin  Lim

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| APPROX 21,000 BOOK INVENTORY LOCATION: STORAGE SENSE | 1129-000 | $7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Nationstar Mortgage | 4110-000 | $62,475.08 | NA | NA | NA |
| N/F | PNC Bank Mortgage Services | 4110-000 | $6,715.21 | NA | NA | NA |
| | **TOTAL SECURED** | | **$69,190.29** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - K. Jin Lim, Trustee | 2100-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Trustee, Expenses - K. Jin Lim, Trustee | 2200-000 | NA | $100.00 | $100.00 | $100.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $95.00 | $95.00 | $95.00 |
| Attorney for Trustee Fees (Other Firm) - Dakmak Peurach P.C. | 3210-000 | NA | $2,300.00 | $2,300.00 | $2,300.00 |
| Attorney for Trustee Expenses (Other Firm) - Dakmak Peurach P.C. | 3220-000 | NA | $199.71 | $199.71 | $199.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,194.71** | **$4,194.71** | **$4,194.71** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Michigan Department of Treasury | 5800-000 | $4,438.71 | $6,778.30 | $6,778.30 | $3,305.29 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$4,438.71** | **$6,778.30** | **$6,778.30** | **$3,305.29** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Data Global Leasing by American InfoSource LP as agent | 7100-000 | $718.00 | $862.27 | $862.27 | $0.00 |
| 2 | MIDLAND FUNDING LLC | 7100-000 | NA | $1,709.95 | $1,709.95 | $0.00 |
| 3 | US DEPARTMENT OF EDUCATION CLAIMS FILING UNIT | 7100-000 | $17,532.00 | $17,609.52 | $17,609.52 | $0.00 |
| 4 | Melissa A. Bliss | 7100-000 | $51,374.45 | $50,609.00 | $50,609.00 | $0.00 |
| 5U | Michigan Department of Treasury Bankruptcy Unit | 7100-000 | NA | $1,446.57 | $1,446.57 | $0.00 |
| 6 | PNC Bank, N.A. | 7100-000 | $6,836.00 | $9,727.35 | $9,727.35 | $0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | $994.00 | $994.49 | $994.49 | $0.00 |
| N/F | Atlantic Credit & Finance, Inc. | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $4,499.00 | NA | NA | NA |
| N/F | Citi Cards | 7100-000 | $3,318.00 | NA | NA | NA |
| N/F | Citicards CBNA | 7100-000 | $3,608.00 | NA | NA | NA |
| N/F | Consumers Energy | 7100-000 | $302.09 | NA | NA | NA |
| N/F | DTE Energy (USE THIS ONE) | 7100-000 | $78.88 | NA | NA | NA |
| N/F | SYNCB/Amazon | 7100-000 | $3,318.00 | NA | NA | NA |
| N/F | SYNCB/Lowes | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TCI Investments | 7100-000 | $7,200.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Timothy Radtke | 7100-000 | $9,000.00 | NA | NA | NA |
| N/F | WOW! Internets Cable | 7100-000 | $83.35 | NA | NA | NA |
| N/F | Waste Management of Michigan | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$108,911.77** | **$82,959.15** | **$82,959.15** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 17-50949 PJS

**Case Name:** RADTKE, KELLI J.

**For Period Ending:** 07/02/2019

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 07/31/2017 (f)

**§ 341(a) Meeting Date:** 09/07/2017

**Claims Bar Date:** 03/08/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5010 HARRISON STREET, WAYNE, MI 48184-0000, WAYNE COUNTY<br>Single-family home. Entire property value: $65,000.00 | 65,000.00 | 0.00 | | 0.00 | FA |
| 2 | USED BY DEBTOR PERSONALLY; NO SINGLE ITEM >$600 SEE ATTACHED SUPPLEMENTAL LIST; DEBTOR'S RESIDENCE | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | 3 TVS, 2 SMART PHONE, DVD/BLUE RAY PLAYER, LAPTOP, DESKTOP LOCATION: 5010 HARRISON STREET, WAYNE ML 48184 | 250.00 | 0.00 | | 0.00 | FA |
| 4 | USED BY DEBTOR PERSONALLY; NO SINGLE ITEM >$600 SEE ATTACHED SUPPLEMENTAL LIST; DEBTOR'S RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 5 | JEWELRY USED BY THE DEBTOR PERSONALLY SEE ATTACHED SUPPLEMENTAL LIST; DEBTOR'S RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 2 DOGS LOCATION: 5010 HARRISON STREET, WAYNE ML 48184 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | CASH | 1.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING: PNC BANK | 8.50 | 0.00 | | 0.00 | FA |
| 9 | CHECKING & SAVINGS ACCOUNTS: WAYNE WESTLAND FED CU | 15.00 | 0.00 | | 0.00 | FA |
| 10 | FLAGSTAR BANK CD | 750.00 | 0.00 | | 0.00 | FA |
| 11 | PAPER BACKS & THINGS (SOLE PROPIETORSHIP), 100% OWNERSHIP | Unknown | 0.00 | | 0.00 | FA |
| 12 | COPYRIGHTS ON 45 BOOKS (SEE ATTACHED LIST) (THERE MAY BE A 50% INTEREST OWNED IN 25 CO-AUTHORED BOOKS) | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2017 INCOME TAX REFUNDS ESTIMATED AND PRORATED: FEDERAL & STATE | 2,250.00 | 0.00 | | 0.00 | FA |
| 14 | SHELVES, DISPLAY EQUIP., REGISTER, PRINTER & FAX & BUSINESS RECORDS & OTHER OFFICE EQUIP. LOCATION: STORAGE SENSE<br>included with asset #15 p/o 01/14/18 | Unknown | 0.00 | | 0.00 | FA |
| 15 | APPROX 21,000 BOOK INVENTORY LOCATION: STORAGE SENSE<br>p/o 01/04/18 9 (includes asset #14 per order) | Unknown | 7,000.00 | | 7,500.00 | FA |
| 16 | VOID | | | | | VOID |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 2

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 17-50949 PJS

**Case Name:** RADTKE, KELLI J.

**For Period Ending:** 07/02/2019

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 07/31/2017 (f)

**§ 341(a) Meeting Date:** 09/07/2017

**Claims Bar Date:** 03/08/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| **16** | Assets Totals (Excluding unknown values) | **$71,774.50** | **$7,000.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/15/19 Claims have been reviewed. Case is ready to be closed.
04/11/19 final payment received.
01/14/19 collecting payments; on time.
09/28/18 collecting payments; debtor is on time.
07/02/18 collecting payments; on time
03/30/18 collecting payments per order.
01/12/18 settlement with debtor reached for $7500.
10/13/17 investigating debtor's financial affairs. Conducted Rule 2004 Exam. Pursuing possible settlement with debtor re: book inventory and pursuing avoidable preferences to Debtor's husband. jt

**Initial Projected Date Of Final Report (TFR):** 06/29/2018

**Current Projected Date Of Final Report (TFR):** 04/15/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 17-50949 PJS | | Trustee Name: | K. Jin Lim (420180) | | |
| Case Name: | RADTKE, KELLI J. | | Bank Name: | Rabobank, N.A. | | |
| Taxpayer ID #: | **-***8487 | | Account #: | ******2700 Checking | | |
| For Period Ending: | 07/02/2019 | | Blanket Bond (per case limit): | $2,000,000.00 | | |
| | | | Separate Bond (if applicable): | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/22/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 500.00 |
| | {15} | | Acct #1; Payment #1 $500.00 | 1129-000 | | | 500.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 490.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 480.00 |
| 03/05/18 | | Timothy G Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 980.00 |
| | {15} | | Acct #1; Payment #2 $500.00 | 1129-000 | | | 980.00 |
| 03/26/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 1,480.00 |
| | {15} | | Acct #1; Payment #3 $500.00 | 1129-000 | | | 1,480.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,470.00 |
| 04/25/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 1,970.00 |
| | {15} | | Acct #1; Payment #4 $500.00 | 1129-000 | | | 1,970.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,960.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,950.00 |
| 06/04/18 | | Kelli Radtke | sale proceeds p/o 01/04/18 | 1129-000 | 500.00 | | 2,450.00 |
| | {15} | | Acct #1; Payment #5 $500.00 | 1129-000 | | | 2,450.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,440.00 |
| 07/02/18 | | Kelli Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 2,940.00 |
| | {15} | | Acct #1; Payment #6 $500.00 | 1129-000 | | | 2,940.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,930.00 |
| 08/06/18 | | Timothy G Radke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 3,430.00 |
| | {15} | | Acct #1; Payment #7 $500.00 | 1129-000 | | | 3,430.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,420.00 |
| 09/06/18 | | Timothy Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 3,920.00 |

**Page Subtotals:** $4,000.00  $80.00

{} Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 17-50949 PJS | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|
| Case Name: | RADTKE, KELLI J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8487 | Account #: | ******2700 Checking |
| For Period Ending: | 07/02/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {15} | | Acct #1; Payment #8 | 1129-000 | | | 3,920.00 |
| | | | $500.00 | | | | |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,915.00 |
| 10/15/18 | | Timothy G Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 4,415.00 |
| | {15} | | Acct #1; Payment #9 | 1129-000 | | | 4,415.00 |
| | | | $500.00 | | | | |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,410.00 |
| 11/08/18 | | Kelli Radtke | Settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 4,910.00 |
| | {15} | | Acct #1; Payment #10 | 1129-000 | | | 4,910.00 |
| | | | $500.00 | | | | |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,905.00 |
| 12/07/18 | | Kelli Radke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 5,405.00 |
| | {15} | | Acct #1; Payment #11 | 1129-000 | | | 5,405.00 |
| | | | $500.00 | | | | |
| 01/10/19 | | Kelli Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 5,905.00 |
| | {15} | | Acct #1; Payment #12 | 1129-000 | | | 5,905.00 |
| | | | $500.00 | | | | |
| 02/11/19 | | Timothy G Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 6,405.00 |
| | {15} | | Acct #1; Payment #13 | 1129-000 | | | 6,405.00 |
| | | | $500.00 | | | | |
| 02/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9557 | Transition Debit to Metropolitan Commercial Bank acct 3910009557 | 9999-000 | | 6,405.00 | 0.00 |

| | | | COLUMN TOTALS | | 6,500.00 | 6,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 6,405.00 | |
| | | | Subtotal | | 6,500.00 | 95.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,500.00 | $95.00 | |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 17-50949 PJS | | **Trustee Name:** | | K. Jin Lim (420180) | |
| **Case Name:** | RADTKE, KELLI J. | | **Bank Name:** | | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***8487 | | **Account #:** | | ******9557 Checking Account | |
| **For Period Ending:** | 07/02/2019 | | **Blanket Bond (per case limit):** | | $2,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/19 | | Transfer Credit from Rabobank, N.A. acct ******2700 | Transition Credit from Rabobank, N.A. acct 5020832700 | 9999-000 | 6,405.00 | | 6,405.00 |
| 03/15/19 | | Timothy Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 6,905.00 |
| | {15} | | Acct #1; Payment #14 | 1129-000 | | | 6,905.00 |
| | | | $500.00 | | | | |
| 04/11/19 | | Timothy Radtke | settlement payment p/o 01/04/18 | 1129-000 | 500.00 | | 7,405.00 |
| | {15} | | Acct #1; Payment #15 | 1129-000 | | | 7,405.00 |
| | | | $500.00 | | | | |
| 05/16/19 | 1000 | K. Jin Lim, Trustee | Distribution payment - Dividend paid at 100.00% of $1,500.00; Claim # FEE; Filed: $1,500.00 | 2100-000 | | 1,500.00 | 5,905.00 |
| 05/16/19 | 1001 | K. Jin Lim, Trustee | Distribution payment - Dividend paid at 100.00% of $100.00; Claim # ; Filed: $100.00 | 2200-000 | | 100.00 | 5,805.00 |
| 05/16/19 | 1002 | Dakmak Peurach P.C. | Distribution payment - Dividend paid at 100.00% of $2,300.00; Claim # ; Filed: $2,300.00 | 3210-000 | | 2,300.00 | 3,505.00 |
| 05/16/19 | 1003 | Dakmak Peurach P.C. | Distribution payment - Dividend paid at 100.00% of $199.71; Claim # ; Filed: $199.71 | 3220-000 | | 199.71 | 3,305.29 |
| 05/16/19 | 1004 | Michigan Department of Treasury | Distribution payment - Dividend paid at 48.76% of $6,778.30; Claim # 5P; Filed: $6,778.30 | 5800-000 | | 3,305.29 | 0.00 |
| | | **COLUMN TOTALS** | | | **7,405.00** | **7,405.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 6,405.00 | 0.00 | |
| | | **Subtotal** | | | **1,000.00** | **7,405.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,000.00** | **$7,405.00** | |

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-50949 PJS | |
| **Case Name:** | RADTKE, KELLI J. | |
| **Taxpayer ID #:** | **-***8487 | |
| **For Period Ending:** | 07/02/2019 | |

| | |
|---|---|
| **Trustee Name:** | K. Jin Lim (420180) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9557 Checking Account |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2700 Checking | $6,500.00 | $95.00 | $0.00 |
| ******9557 Checking Account | $1,000.00 | $7,405.00 | $0.00 |
| | **$7,500.00** | **$7,500.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)